UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA B. BERTSCHY-GALLIMORE, ) <br>     Plaintiff, ) <br> ) <br> -v- ) <br> ) <br> U.S. BANK NATIONAL ASSOCIATION, AND ) <br> U.S. BANK HOME MORTGAGE, ) <br>     Defendants. ) <br> ) | No. 1:15-cv-352 <br><br> HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having granted the motion to dismiss or for summary judgment filed by Defendants U.S. Bank National Association and U.S. Bank Home Mortgage, and having dismissed all the claims in the complaint, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**


Date:  June 24, 2015                                       /s/ Paul L. Maloney
                                                                                                       Paul L. Maloney
                                                                                                       Chief United States District Judge